UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE FARM FIRE & CASUALTY INSURANCE COMPANY<br>Plaintiff | Civil Action No. 06-cv-5790 |
| v. | |
| PAUL BAKER and ASANTE A. ADLER<br>Defendants | STIPULATION OF DISMISSAL |

Plaintiff, State Farm Fire & Casualty Insurance Company hereby withdraws the declaratory judgment civil action number 06-cv-5790.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: __/s/ Steven J. Polansky__
STEVEN J. POLANSKY
Attorneys for Plaintiff

Dated: April 4, 2008

SO ORDERED: _[signature]_
DATED: __4/16/08__